**LAW OFFICES**
**SHERMAN & HOWARD L.L.C.**
2800 NORTH CENTRAL AVENUE, SUITE 1100
PHOENIX, ARIZONA 85004-1043
TELEPHONE (602) 240-3000
FACSIMILE (602) 240-6600
(AZ BAR FIRM NO. 0046600)
Raymond M. Deeny (AZ Bar No. 005062)
(RDeeny@ShermanHoward.com)
William A. Wright (AZ Bar No. 025839)
(WWright@ShermanHoward.com)
David W. Garbarino (AZ Bar No. 022452)
(DGarbarino@ShermanHoward.com)
Attorneys for Plaintiff

**SYKES & BRANDON**
578 LAKELAND EAST DRIVE, SUITE A
FLOWOOD, MS 39232
TELEPHONE (601) 957-5500
FACSIMILE (408) 701-9827
Stephen A. Brandon (Miss. Bar No. 8655)
(steve@sykesandbrandon.com)
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PEAKSTONE FINANCIAL SERVICES, INC., a Maryland corporation,<br><br>             Plaintiff,<br>v.<br><br>MARTIN AND TAMARA FLOSI, husband and wife, ROGER AND RAQUEL LYNN CARSTENS, husband and wife, DAVID S. ROSEN, an individual, TATUM INSURANCE GROUP, LLC, an Arizona limited liability company, PK GROUP, INC., an Arizona corporation, and DRSN HOLDINGS, LLC, an entity purporting to be an Arizona limited liability company,<br><br>             Defendants. | No. CV09-2170-PHX-NVW [con.]<br><br>**STIPULATION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO THE COUNTERCLAIMS ASSERTED BY COUNTERCLAIMANTS MARTIN FLOSI, TAMARA FLOSI, AND ROGER CARSTENS (first request)** |

Plaintiff/counter-defendant Peakstone Financial Services, Inc. ("Peakstone") and defendants/counterclaimants Martin Flosi ("Martin"), Tamara Flosi ("Tamara"), Roger Carstens ("Roger") (Martin, Tamara, and Roger collectively, the "Counterclaimants")

hereby stipulate to a fifteen day extension of time for Peakstone to respond to the counterclaims asserted by Counterclaimants in their Answer to Combined Second Amended Verified Complaint and Counterclaim (Dkt. # 80).

A fifteen day extension would extend the deadline for Peakstone to respond to the Answer to Combined Second Amended Verified Complaint and Counterclaim (Dkt. # 80) to May 21, 2010.  A form of order is filed herewith.

DATED this 6th day of May, 2010.

**SHERMAN & HOWARD L.L.C.**

By /s/David W. Garbarino

   Raymond M. Deeny
   William A. Wright
   David W. Garbarino
   2800 North Central Avenue, Suite 1100
   Phoenix, AZ 85004-1043
   Attorneys for Plaintiff

**SYKES & BRANDON**

By /s/ David W. Garbarino for
   Stephen A. Brandon
   Sykes & Brandon
   578 Lakeland E, Ste A
   Flowood, MS 39232
   Attorneys for Plaintiff

**MOLEVER CONELLY PLLC**

By /s/David W. Garbarino for
   Loren Molever
   Indian Bend Corporate Centre
   8161 E. Indian Bend Road | Suite 103
   Scottsdale, Arizona 85250
   Attorneys for Defendants

| | |
|---|---|
| 1 | |
| 2 | **CERTIFICATE OF SERVICE** |
| 3 | I hereby certify that on this 6th day of May 2010, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant: |
| 4 | |
| 5 | |
| 6 | Loren Molever<br>Molever Conelly PLLC |
| 7 | 8161 E Indian Bend Rd<br>Ste 103 |
| 8 | Scottsdale, AZ 85250 |
| 9 | 480-268-2655<br>Fax: 480-240-9370 |
| 10 | lm@arizonalegal.com |
| 11 | /s/David W. Garbarino |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |